UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                              Bankr. Case No. 22-22292-JAD

Daniel B. Olare                                                                              Chapter 7

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 22-22292-JAD

Daniel B. Olare  Chapter 7

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on December 6, 2022 :

| | |
|---|---|
| Bryan P. Keenan<br>993 Greentree Road<br>Suite 200<br>Pittsburgh, PA 15220 | Natalie Lutz Cardiello<br>107 Huron Drive<br>Carnegie, PA 15106 |

By  /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx60924 / 1064851