**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Daniel B. Olare<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3133<br>EIN    \_ \_ – \_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    \_ \_ \_ \_<br>EIN    \_ \_ – \_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 22–22292–JAD | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Daniel B. Olare

3/29/23

**By the court:** <u>Jeffery A. Deller</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 22-22292-JAD
Daniel B. Olare     Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 3
Date Rcvd: Mar 29, 2023     Form ID: 318     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel B. Olare, 18 Westfield Avenue, Pittsburgh, PA 15229-1834 |
| 15547426 | + | Heritage Valley Beaver/Sewickley, 1000 Dutch Ridge Road, Beaver, PA 15009-9727 |
| 15547427 | | Heritage Valley Health System, 720 Blackburn Rd, Sewickley, PA 15143-1498 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QNLCARDIELLO.COM | Mar 30 2023 03:35:00 | Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106-1826 |
| smg | | EDI: PENNDEPTREV | Mar 30 2023 03:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 29 2023 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 30 2023 03:35:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 29 2023 23:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Mar 30 2023 03:35:00 | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: AISACG.COM | Mar 30 2023 03:35:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Mar 29 2023 23:53:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15553433 | | EDI: PHINAMERI.COM | Mar 30 2023 03:35:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15547418 | + | EDI: CAPITALONE.COM | Mar 30 2023 03:35:00 | Capital 1 Bank, Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15547419 | + | EDI: CAPITALONE.COM | Mar 30 2023 03:35:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15547420 | + | EDI: CAPONEAUTO.COM | Mar 30 2023 03:35:00 | Capital One Auto Finance, 3905 N Dallas Pkwy, Plano, TX 75093-7892 |
| 15547421 | + | EDI: CITICORP.COM | Mar 30 2023 03:35:00 | Citibank/Best Buy, Attn: Bankruptcy, P.O. Box |

Case 22-22292-JAD   Doc 20   Filed 03/31/23   Entered 04/01/23 00:31:59   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: 318 | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 790034, St Louis, MO 63179-0034 |
| 15547422 | + | EDI: COMCASTCBLCENT | Mar 30 2023 03:35:00 | Comcast, PO Box 719, Toledo, OH 43697-0719 |
| 15547423 | + | EDI: CCUSA.COM | Mar 30 2023 03:35:00 | Credit Collections USA, LLC, Attn: Bankruptcy, Re: Heritage Valley Beaver, 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 15547424 | | EDI: DISCOVER.COM | Mar 30 2023 03:35:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 15547425 | | Email/Text: EBNBKNOT@ford.com | Mar 29 2023 23:54:00 | Ford Motor Credit Corporation, National Bankruptcy Center, Po Box 6275, Dearborn, MI 48121 |
| 15547428 | + | Email/Text: EBNBKNOT@ford.com | Mar 29 2023 23:54:00 | Lincoln Automotive Financial, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 15547429 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2023 23:54:00 | Midland Fund, Attn: Bankruptcy, Re: Capital One Bank Usa N.A., 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15547430 | + | Email/PDF: ebnotices@pnmac.com | Mar 29 2023 23:52:37 | PennyMac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 15547431 | + | Email/Text: bankruptcy@sw-credit.com | Mar 29 2023 23:54:00 | SWC Group, Comcast, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 15547432 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 29 2023 23:54:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Re: Heritage Valley Emergency Physicians, Po Box 15630, Wilmington, DE 19850-5630 |
| 15547433 | + | Email/Text: pitbk@weltman.com | Mar 29 2023 23:53:00 | Weltman Weinberg & Reis, c/o Matthew W. Pomey, Esquire, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2023              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:

**Name**                          **Email Address**

| District/off: 0315-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: 318 | Total Noticed: 24 |

Brian Nicholas
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Bryan P. Keenan
    on behalf of Debtor Daniel B. Olare keenan662@gmail.com
    melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Natalie Lutz Cardiello
    ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 5